HONORABLE JAMAL N. WHITEHEAD

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| TIM CAMPBELL,<br>Plaintiff,<br>vs.<br>I.Q. DATA INTERNATIONAL, INC.,<br>Defendant. | CASE NO. 2:26-cv-04051<br>**ORDER GRANTING DEFENDANT I.Q. DATA INTERNATIONAL, INC.'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT** |

This matter came before the Court on Defendant I.Q. Data International, Inc.'s unopposed Motion for Second Extension of Time to File Responsive Pleading to Complaint.

The Court, having considered all of the facts, pleadings, records, memoranda of law and other proceedings herein, orders the following:

Defendant I.Q. Data International, Inc.'s unopposed Motion for Extension of Time to File Responsive Pleading to Complaint is GRANTED. Defendant's deadline to respond to the Complaint is extended to December 3, 2026.

Dated November 16, 2026.

Jamal N. Whitehead
United States District Judge



**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 382-3855
Facsimile: (503) 616-3600

Presented by:
GORDON REES SCULLY MANSUKHANI, LLP

By: *s/Erin Karmen*____________________
W. Gregory Lockwood, WSBA #52232
wglockwood@grsm.com
Erin J. Karmen, WSBA #65283
ekarmen@grsm.com
*Attorneys for Defendant*
*I.Q. Data International, Inc.*